OPINION — AG — ALL WITNESSES ATTENDING A PRELIMINARY EXAMINATION PURSUANT TO A SUBPOENA BEFORE THE JUDGE OF THE SPECIAL SESSIONS COURT OF MUSKOGEE COUNTY MAY BE PAID THEIR WITNESS FEES AND MILEAGE FROM THE COURT FUND OF SAID COUNTY IF THERE IS NO APPROPRIATION FROM THE COUNTY GENERAL FUND FOR SAME. CITE: 28 O.S. 1965 Supp., 82 [28-82], 22 O.S. 1961 713 [22-713], 22 O.S. 1961 714 [22-714], 28 O.S. 1965 Supp., 82 [28-82], 11 O.S. 1961 832 [11-832], 22 O.S. 1961 162 [22-162], 22 O.S. 1961 713 [22-713], 22 O.S. 1961 714 [22-714] 28 O.S. 1961 82 [28-82], OPINION NO. 64-310 (HUGH COLLUM)